**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01638-CV

**WILLOW BEND COMMERCIAL PROPERTIES, LTD., ET AL., Appellants**

**V.**

**PARAGON GENERAL CONTRACTORS, INC., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-12931**

## ORDER

We **GRANT** appellants' January 13, 2014 motion for an extension of time to file the clerk's record and reporter's record. The records shall be filed on or before February 14, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk, Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court of Dallas County, Texas, and all counsel of record.

/s/     ELIZABETH LANG-MIERS
         JUSTICE